IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERESA L. LENTZ                                                                        PLAINTIFF

V.                           NO. 4:06CV00603 JMM

JO ANNE B. BARNHART,                                                              DEFENDANT
Commissioner, Social
Security Administration

ORDER

Defendant has filed an unopposed motion to remand (docket entry #5), requesting voluntary remand for further administrative proceedings, pursuant to sentence six of §§ 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. §§ 405(g), 1383(c)(3), which provide that:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files [her] answer, remand the case to the Commissioner of Social Security for further action by the Commissioner. . . .

Defendant states that remand is necessary so that the list of exhibits may be revised and to provide Plaintiff an opportunity to appear at a supplemental hearing and to submit any additional evidence or argument she may wish to have added to the record. The Administrative Law Judge will then issue a new decision.

The motion is granted. This is a sentence six remand. The Clerk is directed to administratively close this file.

IT IS SO ORDERED this   24   day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE